UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00273-TWP-DML |
| | ) |
| DENNIS REAGLE, | ) |
| DEME, | ) |
| KONKLE, | ) |
| GARY, | ) |
| BAZINSKI, | ) |
| SHERI WILSON, | ) |
| KNEISER, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters final judgment. The plaintiff's Eighth Amendment and Fourteenth Amendment claims against defendants Sheri Wilson and Martial Knieser, are **dismissed with prejudice**.

All state-law claims against Sheri Wilson and Martial Knieser are **dismissed without prejudice**. All claims against all other defendants are likewise **dismissed without prejudice**.

Date: 8/19/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

All ECF-registered counsel of record via email

MICHAEL WOODS
911570
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only